# EXHIBIT A

**Electronically FILED by**
**Superior Court of California,**
**County of Los Angeles**
**6/23/2025 9:37 AM**
**David W. Slayton,**
**Executive Officer/Clerk of Court,**
**By A. Villchis-David, Deputy Clerk**

1  Bassil A. Hamideh (SBN 261233)
2  Jordan A. Gonzales (SBN 286730)
   THE HAMIDEH FIRM, P.C.
3  9465 Wilshire Boulevard, Suite 300
   Beverly Hills, California 90212
4  Telephone:    (310) 207-8088
   Facsimile:    (310) 733-5699
5  Email: bhamideh@hamidehfirm.com
6         jgonzales@hamidehfirm.com

7  *Attorneys for Plaintiff,*
   Andrew Roach
8

9

10              **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

11                        **COUNTY OF LOS ANGELES**

12

13  ANDREW ROACH, an individual,          Case No.:   25STCV17958

14              Plaintiff,                 COMPLAINT FOR:

15          vs.
                                           1. COMMON LAW MISAPPROPRIATION
16  PURPLE INNOVATION, LLC; and               OF LIKENESS
    DOES 1-10, inclusive,                  2. VIOLATION OF CALIFORNIA CIVIL
17                                            CODE §3344 (STATUTORY
            Defendants.                       MISAPPROPRIATION OF LIKENESS)
18

19
                                           DEMAND FOR JURY TRIAL
20

21

22

23

24

25

26

27

28

---

                              COMPLAINT

Plaintiff alleges on information and belief as follows:

1.      Plaintiff Andrew Roach ("Plaintiff" or "Roach"), at all relevant times, is an individual who has resided in the County of Los Angeles.

2.      On information and belief, Defendant Purple Innovation, LLC ("Purple," "Defendant," or "Defendant Purple"), is and at relevant times was, a corporation organized under the laws of the State of Delaware and does substantial business throughout California, specifically in the County of Los Angeles.

3.      Defendants Does 1 through 10 are sued herein by fictitious names because their true names are unknown to Plaintiff. Plaintiff will seek leave to amend this complaint to allege the true names and capacities of these Defendants when the same have been ascertained. Plaintiff is informed and believes and based thereon alleges that these fictitiously named Defendants are responsible in some manner for the actions and damages alleged herein.

4.      Plaintiff is further informed and believes and based thereon alleges that Defendants at all times herein were the agents, employees, servants, joint venturers, and/or co-conspirators of each of the other remaining Defendants, and that in doing things herein alleged were acting in the course and scope of such agency, employment, joint venture, and/or conspiracy.

5.      Plaintiff is further informed and believes and based thereon alleges that the acts and conduct herein alleged of each such Defendant were known to, authorized by, directed by, and/or ratified by the other Defendants, and each of them and the officers, directors and/or managing agents of Purple and that they acted in conspiracy with each other so all of said Defendants are jointly and severally liable to Plaintiff hereunder.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

6.      Plaintiff is a model whose likeness has been featured in print advertisements throughout the world. The use of Plaintiff's likeness has significant commercial value.

7.      Purple describes itself as "a comfort innovation company known for creating the "World's First No Pressure™ Mattress."

8.    Purple specifically targets California consumers by selling its products on an interactive website wherein Purple identifies that it has "608 Mattress Stores in Cal," including 6 in California. ***See Exhibit 1.*** Purple also has many California Purple-only physical retail stores selling dozens of Purple products, targeting California consumers. ***See Exhibit 2.*** Purple maintains on its interactive website the vast number of store locations selling Purple products in California. ***See Exhibit 3.*** Purple sells a significant amount of its products through at least 608 California store locations.

9.    On June 29, 2021, Plaintiff entered into an agreement with Purple to be photographed by Purple and for Purple to use his image and likeness for Purple's marketing purposes.

10.    Purple thereafter used Plaintiff's image and likeness on its interactive website targeting California consumers. During the period of lawful use of Plaintiff's image and likeness, Purple representatives traveled to California and hired Plaintiff in California to again be photographed for additional marketing uses of Plaintiff's image and likeness. During that time in California, Plaintiff told Purple's representatives that he lived permanently in California.

11.    Thereafter, Purple's rights to use Plaintiff's image and likeness from the June 29, 2021 photoshoot expired. During this time Plaintiff lived in California and Purple knew that Plaintiff lived in California.

12.    After Purple's rights to do so expired, Purple used Plaintiff's image and likeness without his consent as a brand representative targeting residents in California and throughout the United States. Purple knew that by using Plaintiff's image and likeness on its interactive website targeting California consumers that it would harm Plaintiff in California.

13.    Purple's unconsented use of Plaintiff's image and likeness for its commercial purposes was directed at Plaintiff in California. Purple knew that the harm caused by its unconsented use of Plaintiff's image and likeness on its interactive website would be felt by Plaintiff in California.

COMPLAINT

14.    Within the past two years of the filing of this complaint, Purple made a conscious, deliberate, decision to print, re-print, use, re-use, publish, and re-publish Plaintiff's likeness in Purple's marketing, promotional, and advertising materials targeting consumers in California and throughout the United States, without Plaintiff's consent.

## FIRST CAUSE OF ACTION

### COMMON LAW MISAPPRORPIATION OF LIKENESS

### (Against All Defendants)

15.    The allegations in paragraphs 1-14 are re-alleged and incorporated herein by reference.

16.    Defendants used Plaintiff's image and likeness to promote, market, and advertise Purple's products without Plaintiff's authorization or consent. Defendants specifically made a conscious, deliberate, decision to print, re-print, use, re-use, publish, and re-publish Purple's image and likeness in marketing, promotional, and advertising materials within the past two years without his consent.

17.    Defendants did not have a license, authorization, or consent to use Plaintiff's image and likeness in the manner it used Plaintiff's image and likeness.

18.    Defendants' knowing use of Plaintiff's image and likeness to promote Purple's products was to Defendants' commercial or other benefit.

19.    As a proximate result of the foregoing, Plaintiff has suffered actual damages, including emotional distress damages, in an amount to be proved at trial but in excess of the jurisdictional threshold of the Court.  In addition, Defendants have been unjustly enriched by their use of Plaintiff's image and likeness.  Therefore, Plaintiff seeks disgorgement of profits and/or imposition of a constructive trust on the monies obtained by Defendants from the unauthorized use.

20.    Defendants knew that they needed Plaintiff's consent to use his image and likeness for commercial purposes.  Purple had a limited license to use Plaintiff's image and likeness from the June 29, 2021 photoshoot. Defendants knew that they did not have

1  Plaintiff's consent and did not make any attempt to notify Plaintiff that his image and
2  likeness would be used without his consent.

3       21.    Instead, Defendants intentionally used Plaintiff's image and likeness without
4  his consent knowing Defendants did not have his consent. As such, Defendants' conduct as
5  described herein was done with a conscious disregard of Plaintiff's rights, with the intent to
6  vex, annoy, and/or harass Plaintiff, and to unjustly profit from the use of Plaintiff's likeness.
7  Such conduct was unauthorized and constitutes oppression, fraud, and/or malice under
8  California Civil Code § 3294, entitling Plaintiff to an award of punitive damages in an
9  amount appropriate to punish or set an example of Defendants in an amount to be
10 determined at trial.

11                        **SECOND CAUSE OF ACTION**
12                   **VIOLATION OF CIVIL CODE § 3344**
13                        **(Against All Defendants)**

14      22.    The allegations in paragraphs 1-14 are re-alleged and incorporated herein by
15 reference.

16      23.    Defendants used Plaintiff's image and likeness to promote, market, and
17 advertise Purple's products without Plaintiff's authorization or consent. Defendants
18 specifically made a conscious, deliberate, decision to print, re-print, use, re-use, publish,
19 and re-publish Purple's image and likeness in marketing, promotional, and advertising
20 materials within the past two years without his consent.

21      24.    Defendants did not have a license, authorization, or consent to use Plaintiff's
22 image and likeness in the manner it used Plaintiff's image and likeness.

23      25.    Defendants' knowing use of Plaintiff's image and likeness to promote
24 Purple's products was to Defendants' commercial or other benefit.

25      26.    As a proximate result of the foregoing, Plaintiff has suffered actual damages,
26 including emotional distress damages, in an amount to be proved at trial but in excess of
27 the jurisdictional threshold of the Court.  In addition, Defendants have been unjustly
28 enriched by their use of Plaintiff's image and likeness.   Therefore, Plaintiff seeks

4
COMPLAINT

disgorgement of profits and/or imposition of a constructive trust on the monies obtained by Defendants from the unauthorized use.

27.     Defendants knew that they needed Plaintiff's consent to use his image and likeness for commercial purposes.  Purple had a limited license to use Plaintiff's image and likeness from the June 29, 2021 photoshoot. Defendants knew that they did not have Plaintiff's consent and did not make any attempt to notify Plaintiff that his image and likeness would be used without his consent.

28.     Instead, Defendants intentionally used Plaintiff's image and likeness without his consent knowing Defendants did not have his consent. As such, Defendants' conduct as described herein was done with a conscious disregard of Plaintiff's rights, with the intent to vex, annoy, and/or harass Plaintiff, and to unjustly profit from the use of Plaintiff's likeness. Such conduct was unauthorized and constitutes oppression, fraud, and/or malice under California Civil Code § 3294, entitling Plaintiff to an award of punitive damages in an amount appropriate to punish or set an example of Defendants in an amount to be determined at trial.

29.     Plaintiff also seeks an award of attorneys' fees and costs pursuant to Civil Code § 3344(a).

## **PRAYER FOR RELIEF**

Plaintiff prays for judgment against Purple, and each of the other Doe defendants, as follows:

On the First Cause of Action:

1.  For actual damages

2.  For punitive damages

3.  For a constructive trust

On the Second Cause of Action:

1.  For actual damages

2.  For punitive damages

3.  For statutory damages

1     4.  For attorneys' fees and costs

2     5.  For Defendant's profits attributable to the unauthorized use

3    <u>On all Causes of Action</u>:

4     1.  For a constructive trust

5     2.  For pre-judgment interest

6     3.  For costs of suit

7     4.  For such other legal and equitable relief as the Court may deem proper under the

8      circumstances.

9

10   DATED:  June 20, 2025           **THE HAMIDEH FIRM, P.C.**

11

12                  By    <u>/s/ Bassil Hamideh</u>

13                     Bassil A. Hamideh
                     Jordan A. Gonzales

14

15                     *Attorneys for Plaintiff,*
                    Andrew Roach

16

17

18                  **<u>DEMAND FOR JURY TRIAL</u>**

19      Plaintiff hereby demands a trial by jury.

20

21   DATED:  June 20, 2025           **THE HAMIDEH FIRM, P.C.**

22

23                  By    <u>/s/ Bassil Hamideh</u>
                    Bassil A. Hamideh

24                     Jordan A. Gonzales

25                     *Attorneys for Plaintiff,*
                    Andrew Roach

26

27

28

# Exhibit 1

d Stores ‹

**purple**

Store Finder United States California

# 608 Mattress Stores in Cal



- Agoura (1)
- Alameda (1)
- Alhambra (1)
- Anaheim (1)
- Antioch (1)
- Apple Valley (1)
- Atascadero (1)
- Auburn (1)
- Bakersfield (4)
- Banning (1)
- Brea (3)
- Brentwood (1)
- Burbank (1)
- Capitola (1)
- Carson (1)
- Cathedral City (1)
- Cerritos (3)
- Chico (2)
- Chino (1)
- Chino Hills (1)
- Chula Vista (4)
- Citrus Heights (1)
- Clovis (3)

Mattress Stores in California

- ____ a (1)
- ____ merce (1)
- ____ cord (1)
- ____ na (1)
- Costa Mesa (4)
- Culver City (1)
- Cupertino (1)
- Daly City (2)
- Davis (1)
- Duarte (1)
- Dublin (3)
- El Cajon (3)
- El Centro (1)
- El Cerrito (1)
- El Monte (1)
- Elk Grove (2)
- Emeryville (2)
- Encinitas (3)
- Escondido (1)
- Fairfield (1)
- Folsom (2)
- Fontana (2)
- Fremont (3)
- Fresno (9)
- Fullerton (2)
- Garden Grove (1)
- Gilroy (1)
- Glendale (2)
- Glendora (1)
- Goleta (1)

Feedback



Best Mattress Stores in California



- [_____ ada Hills (1)](#)
- [_____ ford (2)](#)
- [_____ thorne (1)](#)
- [_____ et (1)](#)
- [Hesperia (1)](#)
- [Huntington Beach (3)](#)
- [Indio (3)](#)
- [Inglewood (1)](#)
- [Irvine (5)](#)
- [La Jolla (1)](#)
- [La Mesa (2)](#)
- [La Mirada (1)](#)
- [La Quinta (1)](#)
- [La Verne (1)](#)
- [Laguna Hills (1)](#)
- [Laguna Niguel (1)](#)
- [Lake Forest (1)](#)
- [Lakewood (1)](#)
- [Larkspur (1)](#)
- [Lincoln (1)](#)
- [Livermore (1)](#)
- [Lodi (1)](#)
- [Long Beach (2)](#)
- [Los Angeles (6)](#)
- [Los Banos (1)](#)
- [Manteca (2)](#)
- [Menifee (2)](#)
- [Menlo Park (1)](#)
- [Merced (1)](#)
- [Millbrae (1)](#)

Feedback

Best Mattress Stores in Camarillo



- [____ itas (1)](#)
- [____ ion Hills (1)](#)
- [____ ion Valley (1)](#)
- [____ ion Viejo (1)](#)
- [Modesto (2)](#)
- [Monrovia (1)](#)
- [Montclair (1)](#)
- [Monterey Park (1)](#)
- [Moreno Valley (1)](#)
- [Morgan Hill (1)](#)
- [Mountain View (2)](#)
- [Murrieta (2)](#)
- [Napa (2)](#)
- [National City (1)](#)
- [Norco (1)](#)
- [Northridge (1)](#)
- [Oceanside (3)](#)
- [Ontario (2)](#)
- [Orange (1)](#)
- [Oroville (1)](#)
- [Oxnard (2)](#)
- [Palm Desert (2)](#)
- [Palmdale (2)](#)
- [Pasadena (3)](#)
- [Paso Robles (2)](#)
- [Petaluma (1)](#)
- [Placerville (1)](#)
- [Pleasant Hill (1)](#)
- [Pleasanton (1)](#)
- [Porterville (1)](#)

Feedback

Mattress Stores in California



- _____ay (1)
- _____ho Cordova (2)
- _____ho Cucamonga (3)
- _____ing (1)
- Redlands (2)
- Redondo Beach (1)
- Redwood City (1)
- Rialto (2)
- Riverbank (1)
- Riverside (3)
- Rocklin (3)
- Rohnert Park (1)
- Roseville (2)
- Sacramento (6)
- Salinas (1)
- San Clemente (2)
- San Diego (10)
- San Francisco (3)
- San Jose (9)
- San Leandro (2)
- San Luis Obispo (2)
- San Marcos (2)
- San Mateo (2)
- San Pablo (1)
- San Rafael (1)
- Sand City (1)
- Santa Ana (1)
- Santa Barbara (1)
- Santa Clara (1)
- Santa Clarita (1)

Feedback

Mattress Stores in California

- [_____ a Cruz (1)](#)
- [_____ a Maria (2)](#)
- [_____ a Monica (3)](#)
- [_____ a Rosa (2)](#)
- [Santee (1)](#)
- [Simi Valley (1)](#)
- [Sonora (1)](#)
- [South San Francisco (1)](#)
- [Stockton (2)](#)
- [Studio City (2)](#)
- [Sunnyvale (1)](#)
- [Tarzana (1)](#)
- [Temecula (2)](#)
- [Thousand Oaks (1)](#)
- [Torrance (4)](#)
- [Tracy (1)](#)
- [Turlock (2)](#)
- [Union City (1)](#)
- [Upland (1)](#)
- [Vacaville (2)](#)
- [Valencia (1)](#)
- [Vallejo (1)](#)
- [Van Nuys (1)](#)
- [Ventura (1)](#)
- [Victorville (2)](#)
- [Visalia (2)](#)
- [Vista (2)](#)
- [Walnut Creek (2)](#)
- [Watsonville (1)](#)
- [West Covina (2)](#)

Feedback



Mattress Stores in California

- t Hills (1)
- t Sacramento (1)
- tminster (1)
- tier (2)
- Woodland (1)
- Yuba City (1)
- Yucaipa (1)
- novato (1)

There are no locations in your search area. Plea

Find a location

ZIP or City, State

Search...

Distance

125 miles

Search



Feedback

e Mattress Stores in C

Back to Search Results  United States  California
Purple provides the most innovative comfort te
designed to give you the most supportive slee
Visit a store near you in California to try Purple

308 Mattress Stores in California

p

sses
Bed Frames
Pillows
Bedding
Sheets
Seat Cushions

Sh

Squishy
Sale
Bundles
Gifts
Gift Cards

Twin
Twin
Full
Que
King
Cali

## Support

FAQs
Track Your Order
Returns + Exchanges
Warranty
Financing
Extend Protection Plan

Find Stores
Discount Programs
Influencer Program
Affiliate Program
Refer a Friend
Become a Purple Retailer

## Le

Abo
The
Purp
Con
Blog
Care
Inve

Feedback

# Exhibit 2

# Mattress Firm - Beverly Blvd.

8411 Beverly Boulevard
Los Angeles, CA 90048

(323)986-5810

● **Open** • Closes 8PM

Directions

**3 products available to try**

## Store Hours

| | |
|---|---|
| Mon-Sat | 10:00am - 8:00pm |
| Sun | 10:00am - 6:00pm |



# purple

Mattresses   Pillows   Bedding   Bed Frames   Seat Cushions   Memorial Day Sale   Why Purple   My Account   Reviews

# Sit 'n Sleep - Culver City

3853 Overland Ave
Culver City, CA 90232

(310) 842-6850

● **Open** • Closes 9PM

**Directions**

**12 products available to try**

## Store Hours

| Mon-Fri | 10:00am - 9:00pm |
|---------|------------------|
| Sat | 10:00am - 6:00pm |
| Sun | 11:00am - 6:00pm |



Map data ©2025 Google   Terms   Report a map error

# purple

# Living Spaces - Mid City

4801 Venice Blvd
Los Angeles, CA 90019

(877) 266-7300

● **Open** • Closes 9PM

[ Directions ]

**7 products available to try**

## Store Hours

**Mon-Sun**                              10:00am - 9:00pm



# purple

# Mattress Firm - Pico Blvd.

10773 West Pico Boulevard
Los Angeles, CA 90064

(424) 375-6744

● **Open** • Closes 8PM

Directions

## Store Hours

| | |
|---|---|
| **Mon-Thu** | 10:00am - 8:00pm |
| **Fri-Sat** | 9:00am - 9:00pm |
| **Sun** | 10:00am - 8:00pm |



# Mattress Firm - Santa Monica

3301 Wilshire Boulevard
Santa Monica, CA 90403

(424) 375-6780

● Open • Closes 8PM

Directions

**2 products available to try**

## Store Hours

| | |
|---|---|
| Mon-Sat | 10:00am - 8:00pm |
| Sun | 12:00pm - 6:00pm |



# purple

Mattresses   Pillows   Bedding   Bed Frames   Seat Cushions   **Memorial Day Sale**          Why Purple   My Account   Reviews

# Sit 'n Sleep - W Hollywood

969 N La Brea Ave
Los Angeles, CA 90038

(323) 785-1350

● **Open** • Closes 9PM

Directions

**9 products available to try**

## Store Hours

| | |
|---|---|
| Mon-Fri | 10:00am - 9:00pm |
| Sat | 10:00am - 6:00pm |
| Sun | 11:00am - 6:00pm |



Map data ©2025 Google   Terms   Report a map error

# Find a store

Experience Purple in thousands of stores nationwide

Store Directory

**ZIP or City, State**

90212

**Distance**

125 miles

Search

▽ Use Current Location

▽ Filter stores

All stores **161**

Ⓟ Purple **8**

NEAREST RECOMMENDED STORE

Ⓟ **PURPLE STORE**

● Open
Closes 8PM
6.2 miles

## Purple - Santa Monica Place

395 Santa Monica Place Suite #208 Suite #208
Santa Monica, CA 90401

(424) 260-0963

Products available to try **27**

Store details →

**AMERICA'S #1 PURPLE RETAILER**

● Open
Closes 8PM
1.9 miles

## Mattress Firm - Beverly Blvd.

8411 Beverly Boulevard
Los Angeles, CA 90048

(323)986-5810

Products available to try **3**

Store details

**AMERICA'S #1 PURPLE RETAILER**

● Open
Closes 8PM
2.0 miles

## Mattress Firm - Pico Blvd.

10773 West Pico Boulevard
Los Angeles, CA 90064

(424) 375-6744

Get directions →

‹   1   2   3   ...   17   ›



 100-Night Trial    10-Year Warranty    Easy Returns     Financing Available

# Mattress Firm - Beverly Blvd.

8411 Beverly Boulevard
Los Angeles, CA 90048

(323)986-5810

● **Open** • Closes 8PM

Directions

**3 products available to try**

## Store Hours

| | |
|---|---|
| Mon-Sat | 10:00am - 8:00pm |
| Sun | 10:00am - 6:00pm |



# purple

Mattresses    Pillows    Bedding    Bed Frames    Seat Cushions    Memorial Day Sale          Why Purple    My Account    Reviews

# Sit 'n Sleep - Culver City

3853 Overland Ave
Culver City, CA 90232

(310) 842-6850

● **Open** • Closes 9PM

Directions

**12 products available to try**

## Store Hours

| Mon-Fri | 10:00am - 9:00pm |
|---------|------------------|
| Sat | 10:00am - 6:00pm |
| Sun | 11:00am - 6:00pm |



# Living Spaces - Mid City

4801 Venice Blvd
Los Angeles, CA 90019

(877) 266-7300

● **Open** • Closes 9PM

**Directions**

**7 products available to try**

## Store Hours

**Mon-Sun**                                              10:00am - 9:00pm



# purple

# Mattress Firm - Pico Blvd.

10773 West Pico Boulevard
Los Angeles, CA 90064

(424) 375-6744

● **Open** • Closes 8PM

Directions

## Store Hours

| | |
|---|---|
| Mon-Thu | 10:00am - 8:00pm |
| Fri-Sat | 9:00am - 9:00pm |
| Sun | 10:00am - 8:00pm |



# Mattress Firm - Santa Monica

3301 Wilshire Boulevard
Santa Monica, CA 90403

(424) 375-6780

● Open • Closes 8PM

Directions

**2 products available to try**

## Store Hours

| | |
|---|---|
| Mon-Sat | 10:00am - 8:00pm |
| Sun | 12:00pm - 6:00pm |



# Sit 'n Sleep - W Hollywood

969 N La Brea Ave
Los Angeles, CA 90038

(323) 785-1350

● **Open** • Closes 9PM

**Directions**

**9 products available to try**

## Store Hours

| | |
|---|---|
| Mon-Fri | 10:00am - 9:00pm |
| Sat | 10:00am - 6:00pm |
| Sun | 11:00am - 6:00pm |



# Find a store

Experience Purple in thousands of stores nationwide

Store Directory

**ZIP or City, State**
90212

**Distance**
125 miles

Search

Use Current Location

Filter stores

All stores **161**   P Purple **8**

NEAREST RECOMMENDED STORE

● Open
Closes 8PM
6.2 miles

P **PURPLE STORE**

## Purple - Santa Monica Place

395 Santa Monica Place Suite #208 Suite #208
Santa Monica, CA 90401

(424) 260-0963

Products available to try **27**

Get directions →

Store details

**AMERICA'S #1 PURPLE RETAILER**

● Open
Closes 8PM
1.9 miles

## Mattress Firm - Beverly Blvd.

8411 Beverly Boulevard
Los Angeles, CA 90048

(323)986-5810

Products available to try **3**

Get directions →

Store details

**AMERICA'S #1 PURPLE RETAILER**

● Open
Closes 8PM
2.0 miles

## Mattress Firm - Pico Blvd.

10773 West Pico Boulevard
Los Angeles, CA 90064

(424) 375-6744

Get directions →

Store details

◄   1   2   3   ...   17   ►



 

100-Night Trial     10-Year Warranty     Easy Returns     Financing Available

Exhibit 3

